**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Samuel J. POWELL, Defendant—**
**Appellant.**

No. 02–10413.

D.C. No. CR–01–00171–SI.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Davina Pujari, USSF–Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Samuel J. Powell, pro se, Dublin, CA, Brendan Conroy, San Francisco, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM **

Samuel J. Powell appeals his guilty-plea conviction and 150–month sentence for witness tampering, in violation of 18 U.S.C. § 1512(b)(1) and (b)(3). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Powell's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and, in light of the valid appeal waiver, the appeal is DISMISSED. *See United States v. Nunez,* 223 F.3d 956, 959 (9th Cir.2000).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.